*In re* NELSON RODRÍGUEZ LÓPEZ.

*Número:* TS-5391          *Resuelto:* 9 de abril de 2003

*Jay A. García-Gregory,* juez federal del Tribunal de Distrito Federal para el Distrito de Puerto Rico; *Frances Ríos de Morán,* Secretaria del Tribunal de Distrito Federal para el Distrito de Puerto Rico.

## I

Nelson Rodríguez López fue admitido al ejercicio de la profesión de abogado en Puerto Rico el 29 de diciembre de 1976.

El 11 de marzo de 2003, la secretaría del Tribunal del Distrito Federal para el Distrito de Puerto Rico (*Office of the Clerk*) nos remitió el expediente del caso Núm. 01CR0164–01(JAG). Según surge de éste, el 26 de abril de 2001 Nelson Rodríguez López se declaró culpable del delito federal de fraude bancario. Aceptó haber violado lo dispuesto en 18 U.S.C.A. sec. 1334. El 7 de abril de 2002 Rodríguez López fue condenado a un término de cinco meses de prisión, más un término adicional de tres años de sentencia suspendida sujeta a condiciones.

## II

La Sec. 9 de la Ley de 11 de marzo de 1909 (4 L.P.R.A. sec. 735), dispone, entre otras cosas, lo siguiente:

> ... La persona que siendo abogado fuere convicta de un delito grave cometido en conexión con la práctica de su profesión o que implique depravación moral, cesará convicta que fuere, de ser abogado o de ser competente para la práctica de su profesión. A la presentación de una copia certificada de la sentencia dictada a la Corte Suprema, el nombre de la persona convicta será borrado, por orden de la Corte, del registro de abogados.

Al amparo de la referida disposición legal, invariablemente hemos desaforado a aquellos abogados convictos de manera final y firme por la comisión de un delito grave que implique depravación moral. Véanse: *In re Ramírez de Arellano*, 142 D.P.R. 190 (1996); *In re Fuentes Fernández*, 133 D.P.R. 548 (1993); *In re Rúa Cabrer*, 132 D.P.R. 431 (1992); *In re Ríos Ruiz*, 129 D.P.R. 666 (1991); *In re Dalmau Gó-*

*mez,* 122 D.P.R. 360 (1988); *In re Torres López,* 119 D.P.R. 55 (1987); *In re Zamot Pérez,* 119 D.P.R. 58 (1987); *In re Malavé Ortiz,* 119 D.P.R. 492 (1987); *In re Ortiz Gilot,* 117 D.P.R. 167 (1986); *In re Boscio Monllor,* 116 D.P.R. 692 (1985).

En vista de la convicción referida en los párrafos anteriores, *se decreta la separación inmediata de Nelson Rodríguez López del ejercicio de la abogacía y el notariado, y se ordena que su nombre sea borrado del Registro de Abogados autorizados para ejercer en esta jurisdicción.*

*Se le impone el deber de notificar a todos sus clientes de su actual inhabilidad de seguir representándolos, les devuelva cualesquiera honorarios recibidos por trabajos no realizados e informe oportunamente de su suspensión a los distintos foros judiciales y administrativos del país. Además, deberá certificarnos en treinta días del cumplimiento de estos deberes. Finalmente, el Alguacil de este Tribunal deberá incautarse de la obra y del sello notarial del abogado suspendido, debiendo entregarlos a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.*

*Se dictará sentencia de conformidad.*

El Juez Presidente Señor Andréu García y los Jueces Asociados Señores Corrada Del Río y Rivera Pérez no intervinieron.